UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Civil Action No. 4:17-cv-00477
Plaintiff, :
:
vs. :
:
JOHN DOE, subscriber assigned IP address :
99.8.233.255, :
:
Defendant. :
---------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY
DISMISSAL WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses John Doe from this action <u>with prejudice</u>. John Doe was assigned IP address 99.8.233.255. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 30, 2017          Respectfully submitted,
                              **LOWENBERG LAW FIRM, PLLC**

                              By: */s/ Michael J. Lowenberg*
                              **MICHAEL J. LOWENBERG**
                              Federal Bar No. 22584
                              Texas Bar No. 24001164
                              Email: Mike@thetexastriallawyers.com
                              **ANDREW D. KUMAR**
                              Federal Bar No. 1409965
                              Texas Bar No. 24075913
                              Email: Andrew@thetexastriallawyers.com
                              7941 Katy Freeway, Suite 306

                                      Houston, Texas 77024
                                      Telephone: (832) 241-6000
                                      Telecopier: (832) 241-6001
                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By: */s/ Michael J. Lowenberg*
                                        MICHAEL J. LOWENBERG, ESQ.