United States District Court
Southern District of Texas
**ENTERED**
July 03, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-17-00477 | |
| § | | |
| JOHN DOE, § | | |
| Defendant. § | | |

## O R D E R

In accordance with the Notice of Dismissal filed on June 30, 2017 (Docket Entry No. 13), this action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 30th day of June, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE